# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2013

## NO.  03-12-00024-CR

**William Aaron James, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT OF CALDWELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment of conviction:  **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgment of conviction is in all things affirmed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.